## (November 26, 1945.)

MARY M. CARUTHERS et al., Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Deed of Trust dated June 29, 1918, between JULIA W. BRADLEY and TITLE GUARANTEE AND TRUST COMPANY, et al., Appellants; TITLE GUARANTEE AND TRUST COMPANY, as Trustee under the Will of JULIA W. BRADLEY, Deceased, et al., Respondents, et al., Defendants. MARY M. CARUTHERS et al., Respondents, v. TITLE GUARANTEE AND TRUST COMPANY, as Trustee under Deed of Trust dated December 31, 1928, between JULIA W. BRADLEY and TITLE GUARANTEE AND TRUST COMPANY, et al., Appellants; TITLE GUAR-ANTEE AND TRUST COMPANY, as Trustee under the Will of JULIA W. BRADLEY, Deceased, et al., Respondents, et al., Defendants.— Two separate actions were instituted for an accounting and for interpretation of two trust indentures executed by Julia W. Bradley. After a joinder of issue plaintiffs moved for judgment under section 476 of the Civil Practice Act and rule 112 of the Rules of Civil Practice. Defendants made cross motions for judgment. Plain-tiffs' motions were granted and defendants' motions were denied, and from the judgments entered thereon certain defendants appeal. Interlocutory judg-ments, insofar as appealed from, unanimously affirmed, with one bill of $20 costs and disbursements to each party filing a brief, payable out of the trust funds. No opinion. Present — Close, P. J., Hagarty, Carswell, Johnston and Lewis, JJ. [See 270 App. Div. 764, 765.]

SAMUEL COOPER, Respondent, v. FANNY COOPER, Appellant. GLADYS M. DORMAN, as Special Guardian for FANNY COOPER, an Alleged Incompetent Person, Respondent.— In an action, under subdivision 5 of section 7 of the Domestic Relations Law, to annul a marriage, order dated February 28, 1945, denying the motion to remove the respondent special guardian affirmed, without costs. No opinion. Appeals from order dated May 26, 1944, denying, without prejudice to a renewal, the motions for counsel fees and a jury trial, and the order dated June 28, 1944, adhering to the determination on reargument, dis-missed, without costs. The last two described orders are not appealable, but in any event were correctly made. Hagarty, Acting P. J., Carswell, Johnston, Adel and Lewis, JJ., concur.